# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

| UNITED STATES OF AMERICA<br>v.<br>Timothy Milton Vales | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 2:03-cr-00014-001<br>USM No. #02932-068<br>Penn Hackney, AFPD<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1 through 6__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall not commit another Federal, State or Local Crime | 08/03/2011 |
| 2 | The defendant must report to the Probation Officer within 72 hours of release from custody | 03/22/2010 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __9359__

Defendant's Year of Birth: __1963__

City and State of Defendant's Residence:
Pittsburgh, PA

11/26/2012
Date of Imposition of Judgment

Signature of Judge

Gary L. Lancaster, Chief U.S. Judge
Name and Title of Judge

11 / 30 / 12
Date

DEFENDANT: Timothy Milton Vales
CASE NUMBER: 2:03-cr-00014-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | The defendant shall pay restitutin through monthly installments of at least 10% of his gross monthly income. Payments shall begin within 30 days of defendant's release from the custody of the Bureau of Prisons | 11/06/2012 |
| 4 | The defendant shall not incur new credit charges, or open additional lines of credit, without the approval of the probation officer, unless he is in compliance with a restitution payment schedule | 07/31/2010 |
| 5 | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five (5) days of the month | 07/31/2010 |
| 6 | The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment | 07/31/2010 |

DEFENDANT: Timothy Milton Vales
CASE NUMBER: 2:03-cr-00014-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

27 months of incarceration with no supervision to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends to the Bureau of Prisons that defendant be housed at the most suitable facility nearest Pittsburgh, Pennsylvania.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL